IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:12-cv-0013-FL

| | |
|---|---|
| PROGRESSIVE CONTRACTING COMPANY, INC., ) ) ) Plaintiff, ) ) v. ) ) UNITED BUILDERS GROUP, LLC; ) JIMMY DILLAHUNT, JR.; and ) NORTH AMERICAN SPECIALTY ) INSURANCE COMPANY, ) ) Defendants. ) ) ) | ORDER GRANTING MOTION TO STAY PENDING MEDIATION AND ARBITRATION |

The Joint Motion to Stay Pending Mediation and Arbitration of Plaintiff Progressive Contracting, Inc. and Defendants United Builders Group, LLC, Jimmy Dillahunt, Jr. and North American Specialty Insurance Company is before this Court.

This Court finds that all of Plaintiff's claims against Defendants United Builders Group, LLC and Jimmy Dillahunt, Jr. arise from and depend upon a written subcontract between Plaintiff and United Builders Group, LLC, which contains an arbitration provision; that the arbitration provision is valid and enforceable; that good cause exists for granting the Motion; and that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the motion is GRANTED and that any further proceedings in this action are stayed until such time as Plaintiff's arbitrable claims have been arbitrated to conclusion.

# 2550948_1.Docx

This the 4th day of June, 2012.

_____
United States District Court
Eastern District of North Carolina